UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 20-CR-28-01 PB |
| v. | ) | |
| | ) | |
| RYAN MOORE | ) | |
| | ) | |

# INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about April 1, 2019, in the District of New Hampshire, the defendant,

**RYAN MOORE,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about April 11, 2019, in the District of New Hampshire, the defendant,

**RYAN MOORE,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C) --
Possession with Intent to Distribute a Controlled Substance]**

On or about July 25, 2019, in the District of New Hampshire, the defendant,

**RYAN MOORE**,

knowingly and intentionally possessed with intent to distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

A TRUE BILL

Dated: February 19, 2020

/s/ FOREPERSON
FOREPERSON

SCOTT W. MURRAY
United States Attorney

By: /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney